NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLYDE A. HARRIMAN, JR.,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7141

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 08-4132, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

SANDRA E. BOOTH, of Columbus, Ohio, argued for claimant-appellant.

ELIZABETH M. HOSFORD, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director. Of counsel was SCOTT D. AUSTIN, Trial Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and RACHAEL T. SHENKMAN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2012                     /s/ Jan Horbaly
Date                                 Jan Horbaly
                                        Clerk